IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Lauderdale, Mary M | Case Number:  04 B 25030 |
| | Judge:  Hollis, Pamela S |
| Printed:  10/7/08 | Filed:  7/6/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed:  June 16, 2008
Confirmed:  September 20, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 23,453.05 | |
| Secured: | | 19,617.70 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,494.00 |
| Trustee Fee: | | 1,147.07 |
| Other Funds: | | 1,194.28 |
| Totals: | 23,453.05 | 23,453.05 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Bennie W Fernandez | Administrative | 1,494.00 | 1,494.00 |
| 2. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 3. | Internal Revenue Service | Secured | 0.00 | 0.00 |
| 4. | RoundUp Funding LLC | Secured | 0.00 | 0.00 |
| 5. | City Of Chicago | Secured | 0.00 | 0.00 |
| 6. | HomEq Servicing Corp | Secured | 22,103.27 | 17,371.56 |
| 7. | CitiFinancial | Secured | 300.00 | 159.41 |
| 8. | Gateway | Secured | 100.00 | 55.47 |
| 9. | Side All America Inc | Secured | 3,500.00 | 1,978.36 |
| 10. | Monterey Financial Services | Secured | 100.00 | 52.90 |
| 11. | Internal Revenue Service | Priority | 10,258.04 | 0.00 |
| 12. | Monterey Financial Services | Unsecured | 60.51 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 133.36 | 0.00 |
| 14. | Internal Revenue Service | Unsecured | 4,585.22 | 0.00 |
| 15. | RoundUp Funding LLC | Unsecured | 2,251.20 | 0.00 |
| 16. | Verizon Wireless | Unsecured | 93.78 | 0.00 |
| 17. | American General Finance | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 44,979.38 | $ 21,111.70 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 285.23 |
| 4% | 66.19 |
| 3% | 81.18 |
| 5.5% | 256.71 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Lauderdale, Mary M

Printed:  10/7/08

Case Number:  04 B 25030
Judge:  Hollis, Pamela S
Filed:  7/6/04

|   |   |
|---|---|
| 5%   | 41.90 |
| 4.8% | 136.26 |
| 5.4% | 279.60 |
|      | _____ |
|      | $ 1,147.07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:


_____